KENSINGTON NATIONAL BANK, Respondent, *v.* CHARLES T. HENRY, Appellant.

*Kensington Nat. Bank* v. *Henry,* 104 App. Div. 619, affirmed.
(Submitted May 18, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 6, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note dated and made payable at New York, but actually made and delivered at Philadelphia.

*Gilbert W. Minor* for appellant.

*Daniel P. Hays* and *Joseph J. Corn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY and O'BRIEN, JJ.

---

LEMOINE C. MEAD, as Administratrix of JOSIAH MEAD, Deceased, Respondent, *v.* WILLIAM K. HAMMOND, Appellant, Impleaded with Others.

*Mead* v. *Hammond,* 107 App. Div. 575, affirmed.
(Argued May 23, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 9, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action for the foreclosure of certain mortgages.

*Nelson Smith* for appellant.

*George B. Lester* and *Charles S. Yawger* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.